

## Casie Walker

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

FILED

*November 10, 2015*

Third Court of Appeals
Jeffrey D. Kyle
Clerk

November 10, 2015

Third Court of Appeals
via email


Re:     Court of Appeals Number:
        Trail Court Number:  42697


Style:  IN THE MATTER OF THE MARRIAGE OF
        DONNA GAIL ANDREWS AND SHAINE CARL CAGLE
        AND IN THE INTEREST OF S.L.C., A CHILD


        Per TRAP 51.2(a)(1), this letter is to inform you we received the mandate in the above
referenced case on October 29, 2015.



Sincerely,

*Casie Walker*

Casie Walker
District Clerk